1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 SHAWN P RUFFIN,

Plaintiff,

v.

SAN FRANCISCO SHERIFFS DEPARTMENT, et al.,

Defendants.

Case No. 20-cv-08239-HSG

**ORDER OF DISMISSAL**

On November 18, 2020, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On January 22, 2021, the Court reviewed the complaint and found that it suffered from numerous deficiencies. Dkt. No. 8. The Court granted Plaintiff leave to amend the complaint. Dkt. No. 8. On February 5, 2021, Plaintiff filed an amended complaint. Dkt. No. 10. On March 22, 2021, the Court screened the amended complaint and found that it again suffered from numerous deficiencies, including again failing to comply with Rules 8 and 20 of the Federal Rules of Civil Procedure, and dismissed certain claims with prejudice. Dkt. No. 11. The Court dismissed with leave to amend the due process claim arising out of Plaintiff's placement in administrative segregation. *Id.* Plaintiff was instructed to file a second amended complaint, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file a second amended complaint has passed, and Plaintiff has not filed a second amended complaint, or otherwise communicated with the Court.

//
//
//
//

Accordingly, for the foregoing reasons, and the reasons stated in the Court's March 22, 2021 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 5/14/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge