UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN P RUFFIN,<br><br>  Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SHERIFFS DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 20-cv-08239-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/14/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge